CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 10 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

JAMES E. DAVIS,                )
      **Plaintiff,**          )       **Civil Action No. 7:17-cv-00251**
                       )
**v.**                      )       **DISMISSAL ORDER**
                       )
ROBBIE ALTIZER,          )       **By:   Michael F. Urbanski**
      **Defendant.**       )       **Chief United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failures to comply with a court

order and to prosecute, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This _____ day of April, 2018.

/s/ Michael F. Urbanski

Chief United States District Judge